Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile:  (707) 284-2387

Attorneys for Diversified Realty Services, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIVERSIFIED REALTY SERVICES, INC., a California corporation,<br><br>　　　　　Appellant,<br><br>v.<br><br>MEYERS LAW GROUP, P.C.<br>a professional corporation,<br><br>　　　　　Appellee. | USBC San Francisco<br>AP Case No. 12-03030 DM<br><br>Chapter 7 (Converted from Chapter 11)<br><br><br>**Appeal No. 3:13-cv-03966**<br><br>Appeal and Cross-Appeal from the United States Bankruptcy Court for the Northern District of California, San Francisco Division |

**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE**

　　　　Based on a *Stipulation for Extension of Briefing* Schedule and for good cause appearing

　　　　IT IS ORDERED THAT

　　　　1.　　The Appellant and Cross-Appellant must file and serve their opening briefs on or before December 26, 2013.

2. <u>Remainder of Briefing Schedule to Remain the Same</u>.  Except as to the new deadline for the filing and serving of Appellant's and Cross-Appellant's opening brief, the remaining Scheduling Order at Docket 2 shall remain in effect as issued (i.e., the Appellee's and Cross-Appellee's opening brief must be filed and served 21 days after service of Appellant and Cross-Appellant's opening brief which is January 16, 2014, the Appellant and Cross-Appellant may serve and file reply briefs due by January 30, 2014.

3. Meyers Law Group, P.C. may file two briefs, one as appellee and one as cross-appellant, each limited to 25 pages or less.

Dated:  11/27/13

_____  For William H. Alsup

United States District Court Judge