IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVERSIFIED REALTY SERVICES, INC.,<br><br>  Appellant,<br><br>  v.<br><br>MEYERS LAW GROUP, P.C.,<br><br>  Appellee.<br>_____/<br>MEYERS LAW GROUP, P.C.,<br><br>  Cross-Appellant,<br><br>  v.<br><br>DIVERSIFIED REALTY SERVICES, INC.,<br><br>  Cross-Appellee.<br>_____/ | Nos. C 13-03965 WHA;<br>      C 13-03966 WHA<br><br><br><br><br><br>**CONSOLIDATION ORDER** |

Diversified Realty Services, Inc. appeals a memorandum decision and amended judgment entered by the bankruptcy court. *Diversified Realty Services, Inc. v. Meyers Law Group, P.C.*, No. 3:13-cv-03965-WHA (N.D. Cal. Aug. 26, 2013). Meyers Law Group, P.C. cross-appeals the same decision and judgment. *Meyers Law Group, P.C. v. Diversified Realty Services, Inc.*, No. 3:13-cv-03966-WHA (N.D. Cal. Aug. 26, 2013). The two actions are hereby **CONSOLIDATED**. Case number 3:13-cv-03965-WHA shall be the **LEAD CASE**.

**IT IS SO ORDERED.**

Dated: February 3, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE